# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ACADIA PHARMACEUTICALS INC., | ) </br> ) C.A. No. 25-187-GBW </br> ) |
| Plaintiff, | ) </br> ) |
| v. | ) </br> ) |
| ZYDUS LIFESCIENCES LTD., *et al.*, | ) </br> ) |
| Defendants. | ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on the 7th day of October 2025, true and correct copies of *Plaintiff Acadia Pharmaceuticals Inc.'s Proposed Terms for Construction* were served upon counsel as follows:

Andrew John Koopman, Esq.
Christopher H. Blaszkowski, Esq.
BUCHANAN INGERSOLL & ROONEY PC
500 Delaware Avenue
Suite 720
Wilmington, DE 19801
Andrew.koopman@bipc.com
Christopher.blaszkowski@bipc.com

Michael J. Gaertner, Esq.
James T. Peterka, Esq.
Timothy F. Peterson, Esq.
Amy M. Lange, Esq.
Hannah J. Thomas, Esq.
BUCHANAN INGERSOLL & ROONEY PC
150 N. Riverside Plaza
Suite 2800
Chicago, Illinois 60606
michael.gaertner@bipc.com
james.peterka@bipc.com
tim.peterson@bipc.com
amy.lange@bipc.com
hannah.thomas@bipc.com

Dated: October 9, 2025

| | |
|---|---|
| OF COUNSEL: | SAUL EWING LLP |
| Chad J. Peterman<br>Bruce M. Wexler<br>Scott F. Peachman<br>Peter E. Conway<br>PAUL HASTINGS LLP<br>200 Park Avenue<br>New York, New York 10166<br>(212) 318-6000<br>chadpeterman@paulhastings.com<br>brucewexler@paulhastings.com<br>scottpeachman@paulhastings.com<br>peterconway@paulhastings.com<br><br>Felix A. Eyzaguirre<br>PAUL HASTINGS LLP<br>600 Travis Street, 58th Floor<br>Houston, TX 77002<br>(713) 860-7300 | /s/ Michelle C. Streifthau-Livizos<br>James D. Taylor, Jr. (#4009)<br>Michelle C. Streifthau-Livizos (#6584)<br>1201 N. Market Street, Suite 2300<br>P.O. Box 1266<br>Wilmington, Delaware 19899<br>(302) 421-6800<br>james.taylor@saul.com<br>michelle.streifthau-livizos@saul.com<br><br>*Attorneys for Plaintiff ACADIA Pharmaceuticals Inc.* |