# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ACADIA PHARMACEUTICALS, INC., <br><br> *Plaintiffs*, <br><br> v. <br><br> ZYDUS LIFESCIENCES LTD., ZYDUS WORLDWIDE DMCC, AND ZYDUS PHARMACEUTICALS (USA) INC., <br><br> *Defendants*. | C.A. No. 1:25-cv-00187-GBW |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on October 7, 2025, true and correct copies of the following were served by email upon the counsel of record listed below:

- Defendants Zydus Lifesciences Limited, Zydus Worldwide DMCC, and Zydus Pharmaceuticals (USA) Inc.'s Proposed Terms for Construction.

| | |
|---|---|
| James D. Taylor, Jr. <br> Michelle C. Streifthau-Livizos <br> Saul Ewing Arnstein & Lehr LLP <br> 1201 N. Market Street, Suite 2300 <br> P.O. Box 1266 <br> Wilmington, DE 19899 <br> james.taylor@saul.com <br> michelle.streifthau-livizos@saul.com | Chad J. Peterman <br> Peter E. Conway <br> Scott F. Peachman <br> PAUL HASTINGS LLP <br> 200 Park Avenue <br> New York, NY 10166 <br> chadpeterman@paulhastings.com <br> peterconway@paulhastings.com <br> scottpeachman@paulhastings.com |

|  |  |
|---|---|
|  | BUCHANAN INGERSOLL & ROONEY PC |
| Of Counsel: | */s/ Andrew Koopman* |
|  | Andrew J. Koopman (DE Bar #5288) |
| Michael J. Gaertner (admitted pro hac vice) | Christopher H. Blaszkowski (DE Bar #5673) |
| James T. Peterka (admitted pro hac vice) | 500 Delaware Avenue, Suite 720 |
| Timothy F. Peterson (admitted pro hac vice) | Wilmington, DE 19801-7407 |
| Amy M. Lange (admitted pro hac vice) | T (302) 552-4200 |
| Hannah J. Thomas (admitted pro hac vice) | F (302) 552-4295 |
| BUCHANAN INGERSOLL & ROONEY PC | andrew.koopman@bipc.com |
| 150 N. Riverside Plaza | christopher.blaszkowski@bipc.com |
| Suite 2800 |  |
| Chicago, Illinois 60606 |  |
| (312) 261-8777 |  |
| michael.gaertner@bipc.com |  |
| james.peterka@bipc.com | *Attorneys for Defendants* |
| tim.peterson@bipc.com | *Zydus Lifesciences Limited.,* |
| amy.lange@bipc.com | *Zydus Worldwide DMCC, and* |
| hannah.thomas@bipc.com | *Zydus Pharmaceuticals (USA) Inc.* |

Dated: October 13, 2025

## CERTIFICATE OF SERVICE

I hereby certify that on October 13, 2025, I caused a true and correct copy of the foregoing document to be served via electronic mail on counsel of record in this matter as listed below.

**By E-Mail:**

James D. Taylor, Jr.
Michelle C. Streifthau-Livizos
Saul Ewing Arnstein & Lehr LLP
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899
james.taylor@saul.com
michelle.streifthau-livizos@saul.com

**By E-Mail:**

Chad J. Peterman
Peter E. Conway
Bruce M. Wexler
Scott F. Peachman
PAUL HASTINGS LLP
200 Park Avenue
New York, NY 10166
chadpeterman@paulhastings.com
peterconway@paulhastings.com
brucewexler@paulhastings.com
scottpeachman@paulhastings.com

Felix A. Eyzaguirre
PAUL HASTINGS LLP
600 Travis Street, 58th Floor
Houston, TX 77002
felixeyzaguirre@paulhastings.com

*/s/ Andrew Koopman*
Andrew Koopman (#5288)