

Michelle C. Streifthau-Livizos

Phone: (302) 421-6819

Fax: (302) 421-6813

michelle.streifthau-livizos@saul.com

www.saul.com

October 21, 2025

**VIA ELECTRONIC FILING**

The Honorable Gregory B. Williams
United States District Court for the District of Delaware
844 North King Street, Unit 26
Wilmington, DE 19801-3555

   RE: *Acadia Pharms. Inc. v. Zydus Lifesciences, et al.*,
      C.A. No. 25-187-GBW (D. Del.)

Dear Judge Williams:

  The parties in the above-referenced matter write to advise the Court that no party has identified any claim terms for construction. Accordingly, the parties respectfully request that the Court cancel all remaining claim construction deadlines and the *Markman* hearing set for March 31, 2026 at 2:00 PM. *See* D.I. 23, ¶¶ 7-9. The parties further request that the Court defer the deadline for the submission of a Technology Tutorial from October 30, 2025, (*id.* at ¶¶ 6-7), to a date closer to trial, which is currently scheduled for November 2, 2026. *Id.* at ¶ 20.

  Counsel is available should the Court have any questions.

        Respectfully,

        /s/ *Michelle C. Streifthau-Livizos*

        Michelle C. Streifthau-Livizos (#6584)

cc: All Counsel of Record (via CM/ECF)