# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ACADIA PHARMACEUTICALS, INC.   ) | |
| )  | |
| *Plaintiff,*   ) | |
| ) | C.A. No. 25-187 GBW |
| *v.*   ) | |
| ) | |
| ZYDUS LIFESCIENCES LTD., et al.   ) | |
| ) | |
| *Defendants*   ) | |

## STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME

IT IS HEREBY STIPULATED AND AGREED by the parties hereto, through the undersigned counsel, and subject to the Court's approval, that the deadline for the substantial completion of document production be extended from November 7, 2025 to January 23, 2026.

Dated: October 21, 2025

| | |
|---|---|
| **SAUL EWING LLP** | **BUCHANAN INGERSOLL & ROONEY PC** |
| | |
| */s/Michelle C. Steifthau-Livizos* | */s/Christopher H. Blaszkowski* |
| James D. Taylor, Jr. (#4009) | Andrew J. Koopman (DE Bar #5288) |
| Michelle C. Streifthau-Livizos (#6584) | Christopher H. Blaszkowski (DE Bar #5673) |
| 1201 N. Market Street, Suite 2300 | 500 Delaware Avenue, Suite 720 |
| P.O. Box 1266 | Wilmington, DE 19801-7407 |
| Wilmington, DE 19899 | T (302) 552-4200 |
| (302) 421-6800 | F (302) 552-4295 |
| james.taylor@saul.com | andrew.koopman@bipc.com |
| michelle.streifthau-livizos@saul.com | christopher.blaszkowski@bipc.com |
| | |
| *Attorneys for Plaintiff ACADIA Pharmaceuticals Inc.* | *Attorneys for Defendants Zydus Lifesciences Ltd. et al.* |

SO ORDERED this _____ day of _____, 2025.

_____

THE HONORABLE GREGORY B. WILLIAMS