**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ACADIA PHARMACEUTICALS INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 25-187-GBW |
| | ) |
| ZYDUS LIFESCIENCES LTD., et al., | ) |
| | ) |
| Defendants. | ) |

**STIPULATION AND [PROPOSED] ORDER
TO CANCEL CLAIM CONSTRUCTION DEADLINES AND
POSTPONE TECHNOLOGY TUTORIAL**

WHEREAS, on October 7, 2025, the deadline to exchange a list of claim terms or phrases that Plaintiff Acadia Pharmaceuticals Inc. ("Acadia") and Defendants Zydus Lifesciences Limited, Zydus Pharmaceuticals (USA) Inc., and Zydus Worldwide DMCC's (collectively, "Zydus") (together, the "Parties") believe needed construction (D.I. 23, ¶ 7), no party identified any claim terms for construction;

WHEREAS, on October 21, 2025, the Parties filed a letter with the Court (D.I. 47) advising the Court and requesting that the deadline for the submission of a Technology Tutorial be extended from October 30, 2025, to a date closer to trial, which is currently scheduled for November 2, 2026;

WHEREAS, the Parties respectfully request, subject to the approval of the Court, to cancel the *Markman* hearing set for March 31, 2026 at 2:00 PM and all remaining claim construction deadlines (*see* D.I. 23, ¶¶ 7-9); and

WHEREAS, the Parties respectfully request, subject to the approval of the Court, to extend the deadline for the Parties to submit a Technology Tutorial (*see* D.I. 23, ¶ 6) until after the close of expert discovery, currently set for September 25, 2026 (*see id.* at ¶ 3(f)(iii);

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the Parties, subject to approval by the Court, that:

1. The *Markman* hearing scheduled for March 31, 2026 is cancelled.

2. The remaining claim construction deadlines are cancelled.

3. The Parties will provide the Court with a Technology Tutorial on October 2, 2026.

Dated:  October 30, 2025

**SAUL EWING LLP**

/s/ *Michelle C. Streifthau-Livizos*
James D. Taylor, Jr. (#4009)
Michelle C. Streifthau-Livizos (#6584)
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899
(302) 421-6800
james.taylor@saul.com
michelle.streifthau-livizos@saul.com

*Attorneys for Plaintiff ACADIA Pharmaceuticals Inc.*

**BUCHANAN INGERSOLL & ROONEY PC**

/s/ *Andrew J. Koopman*
Andrew J. Koopman (DE Bar #5288)
Christopher H. Blaszkowski (DE Bar #5673)
500 Delaware Avenue, Suite 720
Wilmington, DE 19801-7407
T (302) 552-4200
F (302) 552-4295
andrew.koopman@bipc.com
christopher.blaszkowski@bipc.com

*Attorneys for Defendants Zydus Lifesciences Ltd. et al.*

SO ORDERED this _____ day of _____, 2025.

_____
THE HONORABLE GREGORY B. WILLIAMS