THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ACADIA PHARMACEUTICALS INC., | ) ) | C.A. No. 25-187-GBW |
| Plaintiff, | ) ) ) | |
| v. | ) ) | |
| ZYDUS LIFESCIENCES LTD., *et al.*, | ) ) ) | |
| Defendants. | ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on the 16th day of March 2026, true and correct copies of *Acadia's Objections And Responses To Zydus's Second Set Of Requests To Plaintiff For The Production Of Documents And Things (Nos. 72-78)* and *Acadia's Initial Objections And Responses To Zydus's Second Set Of Interrogatories (Nos. 12–16)* were served upon counsel as follows:

Andrew John Koopman, Esq.
Christopher H. Blaszkowski, Esq.
BUCHANAN INGERSOLL & ROONEY PC
500 Delaware Avenue
Suite 720
Wilmington, DE 19801
Andrew.koopman@bipc.com
Christopher.blaszkowski@bipc.com

Michael J. Gaertner, Esq.
James T. Peterka, Esq.
Timothy F. Peterson, Esq.
Amy M. Lange, Esq.
Hannah J. Thomas, Esq.
BUCHANAN INGERSOLL & ROONEY PC
150 N. Riverside Plaza
Suite 2800
Chicago, Illinois 60606
michael.gaertner@bipc.com
james.peterka@bipc.com
tim.peterson@bipc.com
amy.lange@bipc.com
hannah.thomas@bipc.com

Dated: March 16, 2026

<table>
<tr><td>

OF COUNSEL:

Chad J. Peterman  
Bruce M. Wexler  
Scott F. Peachman  
Peter E. Conway  
PAUL HASTINGS LLP  
200 Park Avenue  
New York, New York 10166  
(212) 318-6000  
chadpeterman@paulhastings.com  
brucewexler@paulhastings.com  
scottpeachman@paulhastings.com  
peterconway@paulhastings.com  

Felix A. Eyzaguirre  
PAUL HASTINGS LLP  
600 Travis Street, 58th Floor  
Houston, TX 77002  
(713) 860-7300

</td><td>

SAUL EWING LLP

*/s/ Michelle C. Streifthau-Livizos*  
James D. Taylor, Jr. (#4009)  
Michelle C. Streifthau-Livizos (#6584)  
1201 N. Market Street, Suite 2300  
P.O. Box 1266  
Wilmington, Delaware 19899  
(302) 421-6800  
james.taylor@saul.com  
michelle.streifthau-livizos@saul.com  

*Attorneys for Plaintiff ACADIA Pharmaceuticals Inc.*

</td></tr>
</table>