**THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| ACADIA PHARMACEUTICALS INC., | ) ) | C.A. No. 25-187-GBW |
| Plaintiff, | ) ) ) |  |
| v. | ) ) |  |
| ZYDUS LIFESCIENCES LTD., *et al.*, | ) ) ) |  |
| Defendants. | ) |  |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on the 13th day of May, 2026, true and correct copies of

*Acadia Pharmaceuticals Inc.'s Amended Final Infringement Contentions to Zydus Lifesciences*

*Limited, Zydus Pharmaceuticals (USA) Inc., and Zydus Worldwide DMCC* were served upon

counsel as follows:

Andrew John Koopman, Esq.
Christopher H. Blaszkowski, Esq.
BUCHANAN INGERSOLL & ROONEY PC
500 Delaware Avenue
Suite 720
Wilmington, DE 19801
Andrew.koopman@bipc.com
Christopher.blaszkowski@bipc.com

Michael J. Gaertner, Esq.
James T. Peterka, Esq.
Timothy F. Peterson, Esq.
Amy M. Lange, Esq.
Hannah J. Thomas, Esq.
BUCHANAN INGERSOLL & ROONEY PC
150 N. Riverside Plaza
Suite 2800
Chicago, Illinois 60606
michael.gaertner@bipc.com
james.peterka@bipc.com
tim.peterson@bipc.com
amy.lange@bipc.com
hannah.thomas@bipc.com

Dated: May 13, 2026

OF COUNSEL:

Chad J. Peterman
Bruce M. Wexler
Scott F. Peachman
Peter E. Conway
PAUL HASTINGS LLP
200 Park Avenue
New York, New York 10166
(212) 318-6000
chadpeterman@paulhastings.com
brucewexler@paulhastings.com
scottpeachman@paulhastings.com
peterconway@paulhastings.com

Felix A. Eyzaguirre
PAUL HASTINGS LLP
600 Travis Street, 58th Floor
Houston, TX 77002
(713) 860-7300

SAUL EWING LLP

/s/ Michelle C. Streifthau-Livizos
James D. Taylor, Jr. (#4009)
Michelle C. Streifthau-Livizos (#6584)
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, Delaware 19899
(302) 421-6800
james.taylor@saul.com
michelle.streifthau-livizos@saul.com

*Attorneys for Plaintiff ACADIA
Pharmaceuticals Inc.*

2