IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ACADIA PHARMACEUTICALS INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 25-187-GBW |
| | ) | |
| ZYDUS LIFESCIENCES LTD., et al., | ) | ▬▬▬▬▬▬▬ |
| | ) | PUBLIC VERSION FILED |
| Defendants. | ) | MAY 15, 2026 |

**JOINT INTERIM STATUS REPORT**

Pursuant to Paragraph 10 of the Scheduling Order (D.I. 23), Plaintiff ACADIA
Pharmaceuticals Inc. ("Plaintiff" or "Acadia") and Defendants Zydus Lifesciences Limited, Zydus
Pharmaceuticals (USA) Inc., and Zydus Worldwide DMCC (collectively, "Zydus" or
"Defendants") submit this Joint Interim Status Report.

I.      **Nature of the Matters in Issue**

Plaintiff filed this patent infringement case under the Hatch-Waxman Act in response to
Defendant Zydus Worldwide DMCC's filing of a supplement to Abbreviated New Drug
Application ("ANDA") No. 214502 seeking approval to engage in the commercial manufacture,
use, sale, or offer to sell within, and/or importation into, the United States of the pimavanserin
tablets, 34 mg described in ANDA No. 214502 ("Zydus's Proposed ANDA Product"). Plaintiff
alleges that Zydus's Proposed ANDA Product infringes claims of U.S. Patent No. 10,517,860 ("the
'860 patent") and U.S. Patent No. 10,953,000 ("the '000 patent").[1] Defendants deny that they have

---

[1] Plaintiff's complaint also alleges infringement of U.S. Patent Nos. 7,601,740, 7,659,285, and
7,732,615. The parties are currently negotiating a stipulation to remove these patents from this
litigation ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬.

or would infringe any claims of the '860 and '000 patents, and also contend that those patents are invalid.

Plaintiff served its First Amended Complaint on September 22, 2025 (D.I. 40), alleging breach of a settlement agreement between Plaintiff, Zydus Pharmaceuticals (USA), Inc., and Zydus Lifesciences Limited,[2] and irreparable harm to Acadia. Defendants moved to dismiss Acadia's breach of contract claim (Count II of Plaintiff's First Amended Complaint), and briefing in connection with that motion concluded on November 25, 2025. (D.I. 50, 55, 58.)

Plaintiff served its Final Infringement Contentions on April 17, 2026. Defendants served their Final Invalidity Contentions on May 1, 2026.

## II.       Progress of Discovery to Date

Discovery is ongoing. The parties have served and responded to written discovery and have completed the substantial production of documents. Defendants served their Amended Notice of Rule 30(b)(6) Deposition to Plaintiff on March 24, 2026 (D.I. 68); Plaintiff served its Amended Notice of Rule 30(b)(6) Deposition to Defendants on April 13, 2026 (D.I. 74); and the parties held a meet and confer on April 29, 2026. The parties are currently working through some disputes on the scope and timing of the depositions of each party's respective Rule 30(b)(6) notice, but have agreed that any deposition(s) under the notice can proceed in the month of May.

Fact discovery closed on April 27, 2026. (D.I. 71.) Opening expert reports are due May 22, 2026, and expert discovery is scheduled to conclude on September 25, 2026.

Counsel are available at the Court's convenience should the Court have any questions.

---

[2] Formerly Cadila Healthcare Limited.

Date:  May 8, 2026

**SAUL EWING LLP**

*/s/ Michelle C. Streifthau-Livizos*
James D. Taylor, Jr. (#4009)
Michelle C. Streifthau-Livizos (#6584)
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899
(302) 421-6800
james.taylor@saul.com
michelle.streifthau-livizos@saul.com

*Attorneys for Plaintiff ACADIA*
*Pharmaceuticals Inc.*

**BUCHANAN INGERSOLL & ROONEY PC**

*/s/ Christopher H. Blaszkowski*
Andrew J. Koopman (DE Bar #5288)
Christopher H. Blaszkowski (DE Bar #5673)
500 Delaware Avenue, Suite 720
Wilmington, DE 19801-7407
T (302) 552-4200
F (302) 552-4295
andrew.koopman@bipc.com
christopher.blaszkowski@bipc.com

*Attorneys for Defendants Zydus Lifesciences*
*Ltd. et al.*

SO ORDERED this _____ day of _____, 2026.

_____
THE HONORABLE GREGORY B. WILLIAMS