# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

ACADIA PHARMACEUTICALS INC.,    )
    )
    Plaintiff,    )
    )
    v.    )    C.A. No. 25-187-GBW
    )
ZYDUS LIFESCIENCES LTD., et al.,    )
    )    ██████████
    )    PUBLIC VERSION FILED
    Defendants.    )    MAY 15, 2026

## STIPULATION AND ORDER DISMISSING
## WITHOUT PREJUDICE CLAIMS AND DEFENSES RELATING TO
## U.S. PATENT NOS. 7,601,740, 7,659,285, AND 7,732,615

WHEREAS, Defendant Zydus Worldwide DMCC ("Zydus Worldwide") submitted a prior approval supplement to Abbreviated New Drug Application ("ANDA") No. 214502 ("ANDA No. 214502/S-001") for pimavanserin tablets, 34 mg, which contained certifications under 21 U.S.C. § 355(j)(2)(A)(VII)(iv) ("Paragraph IV certifications") for U.S. Patent Nos. 7,601,740 ("the '740 patent"), 7,659,285 ("the '285 patent"), and 7,732,615 ("the '615 patent");

WHEREAS, ACADIA Pharmaceuticals Inc. ("Acadia") brought claims in this action against Defendants Zydus Lifesciences Limited, Zydus Pharmaceuticals (USA) Inc., and Zydus Worldwide (collectively, "Zydus"), *inter alia*, for infringement of the '740 patent, the '285 patent, and the '615 patent in connection with Zydus Worldwide's submission of ANDA No. 214502/S-001 (D.I. 1);

WHEREAS, ████████████████████████████████

████████████████████████████████

████████████████████████;

1

WHEREAS, ███████████████████████████████████████████████████████████████████████████████████, Acadia is no longer asserting the '740 patent, the '285 patent, and the '615 patent against Zydus in this action.

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the Parties, subject to approval by the Court, that:

1. Count I of Acadia's First Amended Complaint (D.I. 40) with respect to the '740 patent, the '285 patent, and the '615 patent is hereby dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

2. This stipulation does not relate to, dismiss, or in any way affect any claims, counterclaims, or affirmative defenses asserted in this action directed to U.S. Patent Nos. 10,517,860 and 10,953,000, which remain in suit. This stipulation further does not relate to, dismiss, or in any way affect any claims, counterclaims, or affirmative defenses asserted in this action directed to Acadia's allegations of breach of the Settlement Agreement by Zydus.

3. Each party shall bear its own costs, disbursements, and attorneys' fees.

Dated: May 13, 2026

| **SAUL EWING LLP** | **BUCHANAN INGERSOLL & ROONEY PC** |
|---|---|
| /s/ Michelle C. Streifthau-Livizos | /s/ Andrew J. Koopman |
| James D. Taylor, Jr. (#4009) | Andrew J. Koopman (DE Bar #5288) |
| Michelle C. Streifthau-Livizos (#6584) | Christopher H. Blaszkowski (DE Bar #5673) |
| 1201 N. Market Street, Suite 2300 | 500 Delaware Avenue, Suite 720 |
| P.O. Box 1266 | Wilmington, DE 19801-7407 |
| Wilmington, DE 19899 | T (302) 552-4200 |
| (302) 421-6800 | F (302) 552-4295 |
| james.taylor@saul.com | andrew.koopman@bipc.com |
| michelle.streifthau-livizos@saul.com | christopher.blaszkowski@bipc.com |
| *Attorneys for Plaintiff ACADIA Pharmaceuticals Inc.* | *Attorneys for Defendants Zydus Lifesciences Ltd. et al.* |

SO ORDERED this  14th  day of  May  , 2026.

_____

THE HONORABLE GREGORY B. WILLIAMS

3