**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| ACADIA PHARMACEUTICALS INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 25-187-GBW |
| | ) | |
| ZYDUS LIFESCIENCES LTD., et al., | ) | |
| | ) | |
| Defendants. | ) | |

**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME**

WHEREAS, the parties require additional time to complete the exchange of expert reports;

WHEREAS, the parties have conferred and agree to the following extensions:

| Event | Current Date | Proposed Date |
|---|---|---|
| Opening Expert reports | May 22 | May 29 |
| Rebuttal Expert reports | June 23 | June 30 |
| Reply Expert reports | July 24 | July 31 |
| Sur-Reply Expert reports | August 10 | August 17 |
| Close of expert discovery | September 25 | Unchanged |

WHEREAS, the requested extension of time will not impact other scheduling deadlines;

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto and subject to the approval of the Court, that the deadline to complete expert reports is hereby extended as follows:

- Opening Expert reports shall be served by May 29, 2026;

- Rebuttal Expert reports shall be served by June 30, 2026;

57928261.1

- Reply Expert reports shall be served by July 31, 2026;

- Sur-Reply Expert reports shall be served by August 17, 2026.

Dated:  May 22, 2026

**SAUL EWING  LLP**

*/s/ Michelle C. Streifthau-Livizos*
James D. Taylor, Jr. (#4009)
Michelle C. Streifthau-Livizos (#6584)
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899
(302) 421-6800
james.taylor@saul.com
michelle.streifthau-livizos@saul.com

*Attorneys for Plaintiff ACADIA*
*Pharmaceuticals Inc.*

**BUCHANAN INGERSOLL & ROONEY PC**

*/s/Andrew J. Koopman*
Andrew J. Koopman (DE Bar #5288)
Christopher H. Blaszkowski (DE Bar #5673)
500 Delaware Avenue, Suite 720
Wilmington, DE 19801-7407
T (302) 552-4200
F (302) 552-4295
andrew.koopman@bipc.com
christopher.blaszkowski@bipc.com

*Attorneys for Defendants Zydus Lifesciences*
*Ltd. et al.*

SO ORDERED this _____ day of _____, 2026.

_____
THE HONORABLE GREGORY B. WILLIAMS

57928261.1