IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ACADIA PHARMACEUTICALS INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 25-187-GBW |
| | ) | |
| ZYDUS LIFESCIENCES LIMITED, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL**
**WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(A)**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff ACADIA Pharmaceuticals Inc. and Defendants Zydus Lifesciences Limited, Zydus Worldwide DMCC, and Zydus Pharmaceuticals (USA) Inc. hereby stipulate to the dismissal of all claims and counterclaims between the parties in this Action without prejudice.

Dated: October 2, 2026

**SAUL EWING LLP**

/s/Michelle C. Streifthau-Livizos
James D. Taylor, Jr. (#4009)
Michelle C. Streifthau-Livizos (#6584)
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899
(302) 421-6800
james.taylor@saul.com
michelle.streifthau-livizos@saul.com

*Attorneys for Plaintiff ACADIA Pharmaceuticals Inc.*

**BUCHANAN INGERSOLL & ROONEY PC**

/s/Andrew J. Koopman
Andrew J. Koopman (DE Bar #5288)
Christopher H. Blaszkowski (DE Bar #5673)
500 Delaware Avenue, Suite 720
Wilmington, DE 19801-7407
T (302) 552-4200
F (302) 552-4295
andrew.koopman@bipc.com
christopher.blaszkowski@bipc.com

*Attorneys for Defendants Zydus Lifesciences Ltd. et al.*

SO ORDERED this 5th day of October 2026.

Dated: October 5, 2026

UNITED STATES DISTRICT JUDGE